matter; and where that is the case the credibility of the witness may be assailed by showing a contrary statement made elsewhere. (*Carpenter* v. *Ward*, 30 N. Y. 243; *Schell* v. *Plumb*, 55 id. 592; *Patchin* v. *Astor Mut. Ins. Co.*, 13 id. 268.) The cross-examination of the witness was not as to immaterial matter. It was upon an occurrence vital to the issue of payment, and to the testimony upon that issue which the witness had given on his direct examination. We think, therefore, the evidence of O'Neill was competent, and no error was committed in its admission."

*S. W. Jackson* for appellant.

*D. C. Beattie* for respondent.

FINCH, J., reads for affirmance.
All concur, except TRACY, J., absent.
Judgment affirmed.

---

WILLIAM W. WRIGHT, Appellant, *v.* NELSON O. TIFFANY, Respondent.

(Argued December 8, 1882; decided December 15, 1882.)

*Frank R. Perkins* for appellant.

*George Wadsworth* for respondent.

Agree to affirm on opinion below.
All concur, except TRACY, J., absent.

---

In the Matter of the Application of JOSEPH MATHEWS, General Guardian, etc.

(Submitted November 28, 1882; decided December 15, 1882.)

*B. C. Chetwood*, appellant, in person.

*C. N. Bovee, Jr.*, for respondent.